FILED:  November 10, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 15-1939
(A099 661 379)
(A099 661 380)

———————————

GUSTAVO LIZARDO MENDOZA, a/k/a Gustavo Adan Lizardo Mendoza;
PEDRO LIZARDO MENDOZA, a/k/a Pedro Josue Lizardo-Mendoza

Petitioners

v.

LORETTA E. LYNCH, U.S. Attorney General

Respondent

———————————

O R D E R

———————————

The court suspends the briefing pending resolution of the motion to transfer.

Petitioners' motion for an extension of time in which to file the opening brief and

joint appendix is denied as moot.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk